AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

PAUL THOMAS, M.D., KENNETH P. STOLLER, M.D., and STAND FOR HEALTH FREEDOM, a Not-For-Profit Organization

*Plaintiff(s)*

v.

SUSAN P. MONAREZ, in her official capacity as Director of the CENTERS FOR DISEASE CONTROL AND PREVENTION

*Defendant(s)*

Civil Action No. 1:25-cv-02685-JMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Susan P. Monarez, Ph.D.
Director, Centers for Disease Control and Prevention
c/o Office of the General Counsel
Centers for Disease Control and Prevention
1600 Clifton Road, NE
Atlanta, GA 30329-4027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RICHARD JAFFE, ESQ.
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
rickjaffeesquire@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 8/18/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Susan P. Monarez
was received by me on *(date)* 8/18/2025

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

**x** Other CMRR

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/16/2025

/s/ Richard Jaffe
*Server's signature*

Richard Jaffe, Esq
*Printed name and title*

428 J St. 4th Floor, Sacramento CA. 95814
*Server's address*

Additional information regarding attempted service, etc:



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susan P Monarez Acting Director (official capacity) c/o Center for Disease Control & Prevention 1600 Clifton Rd Atlanta, GA 30329

9590 9402 6296 0274 7979 53

2. Article Number (Transfer from service label)

9589 0710 5270 2822 1855 28

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name): Cassandra White
C. Date of Delivery: 5/5/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery
   (500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| PAUL THOMAS, M.D., KENNETH P. STOLLER, M.D., and STAND FOR HEALTH FREEDOM, a Not-For-Profit Organization<br><br>*Plaintiff(s)*<br><br>v.<br><br>SUSAN P. MONAREZ, in her official capacity as Director of the CENTERS FOR DISEASE CONTROL AND PREVENTION<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-02685-JMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Attorney for the District of Columbia
Civil Process Clerk
U.S. Attorney's Office
601 D Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RICHARD JAFFE, ESQ.
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
rickjaffeesquire@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 8/18/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Attorney's Office for the District of Columbia
was received by me on *(date)* 8/18/2025 .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other CMRRR

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/16/2025

/s/Richard Jaffe
*Server's signature*

Richard Jaffe, Esq.
*Printed name and title*

428 J St. 4th Fl. Sacramento, CA. 95814
*Server's address*

Additional information regarding attempted service, etc:



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CIVIL PROCESS CLERK
   U.S. ATTORNEYS OFFICE
   DISTRICT OF COLUMBIA
   601 D ST. NW
   WASH, DC 20530

   9590 9402 9413 5002 5638 75

   589 0710 5270 2929 1089 49

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Evie Sassak*    ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   Date of Delivery
   AUG 2 5 2025

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

[INSPECTED 20 stamp]

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

PAUL THOMAS, M.D., KENNETH P. STOLLER, M.D., and STAND FOR HEALTH FREEDOM, a Not-For-Profit Organization

*Plaintiff(s)*

v.

SUSAN P. MONAREZ, in her official capacity as Director of the CENTERS FOR DISEASE CONTROL AND PREVENTION

*Defendant(s)*

Civil Action No. 1:25-cv-02685-JMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RICHARD JAFFE, ESQ.
428 J Street, 4th Floor
Sacramento, California 95814
Tel: 916-492-6038
Fax: 713-626-9420
rickjaffeesquire@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 8/18/2025



/s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General of the United States
was received by me on *(date)* 8/18/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other CMRRR:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/16/2025

/s/ Richard Jaffe
*Server's signature*

Richard Jaffe, Esq.
*Printed name and title*

428 J St. 4th Floor, Sacramento, CA. 95814
*Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®

Tracking FAQs

## Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove
Tracking Number:

## 9589071052702929108956

Copy  Add to Informed Delivery

### Latest Update
Your item was picked up at the post office at 4:59 am on August 25, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

### Delivered
Delivered, Individual Picked Up at Post Office
WASHINGTON, DC 20530
August 25, 2025, 4:59 am
See All Tracking History
What Do USPS Tracking Statuses Mean?