**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PAUL THOMAS, et al.,

   Plaintiffs,                                                   Civil Action No. 25-2685 (JMC)

v.

JAY BHATTACHARYA, in his official capacity as
Acting Director of the Centers for Disease
Control and Prevention,

   Defendant.

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss and Memorandum in Support Thereof, Plaintiffs' Memorandum in Opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED.

SO ORDERED:

_____               _____
Date                                   JIA M. COBB
                                       United States District Judge