**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAUL THOMAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERICA SCHWARTZ,<br><br>Defendant. | Case No. 25-cv-2685 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss, ECF 8, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: October 30, 2026